UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| NESTOR GARCIA<br>BOP #01214-510,<br><br>　Movant,<br><br>v.<br><br><br>UNITED STATES OF AMERICA,<br><br>　Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br>Civil Action No. 7:24-CV-00411<br><br>Criminal Action No. 7:22-CR-00911-1 |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

　　Pending before the Court is the December 18, 2025, Report and Recommendation ("R&R") prepared by Magistrate Judge Juan F. Alanis.  (Civ. Dkt. No. 17).  Judge Alanis made findings and conclusions and recommended that Defendant's Motion for Summary Judgment, (Civ. Dkt. No. 13), be granted, that Movant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, (Civ. Dkt. No. 1), should be denied, and this case be dismissed with prejudice.

　　The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  No party filed an objection.  As a result, review is straightforward: plain error.  *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005).  No plain error appears.

　　Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Alanis's M&R, (Civ. Dkt. No. 17), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant's Motion for Summary Judgment, (Civ. Dkt. No. 13), is **GRANTED**; and

(3) Movant's Motion to Vacate, Set Aside, or Correct Sentence under § 2255, (Civ. Dkt. No. 1), should be **DENIED**.

It is SO ORDERED.

Signed on January 19, 2026.

_Drew B. Tipton_
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**